UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAKSIM ZAITSEV,<br><br>　　　　Defendant. | Case No. 2:25-CR-469-AB<br><br>**[PROPOSED] ORDER TO FILE IN CAMERA** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Declaration of Counsel filed in support of Maksim Zaitsev's Opposition to Government's Motion *In Limine* #4 to Preclude Self-Defense Defense be filed <u>in camera</u>.

OR IN THE ALTERNATIVE,

1   NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2   the Declaration of Counsel filed in support of Maksim Zaitsev's Opposition to
3   Government's Motion *In Limine* #4 to Preclude Self-Defense Defense not be filed, the
4   document shall be returned to counsel for defendant.

6   DATED:                              By _____
7                                          HON. SHERILYN PEACE GARNETT
                                           United States District Judge