BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6159/6595
     E-mail:    Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00154-SPG |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date:  May 20, 2025 |
| MAKSIM ZAITSEV, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Neil P. Thakor, hereby files the Government's Exhibit List for trial in the above-captioned matter.

//

The government respectfully reserves the right to modify this list prior to and throughout the trial.

Dated: April 30, 2025                Respectfully submitted,

                                     BILAL A. ESSAYLI
                                     United States Attorney

                                     LINDSEY GREER DOTSON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                            /s/
                                     RAHUL R.A. HARI
                                     NEIL P. THAKOR
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**GOVERNMENT'S EXHIBIT LIST**

| Ex. No. | Description | Objections | Date ID. | Date Adm. |
|---|---|---|---|---|
| 1. | Photographs of the victim's injuries | | | |
| 2. | X-rays of the victim's injuries | | | |
| 3. | Photographs of blood on the hallway floor | | | |
| 4. | I-200 Warrant | | | |
| 5. | Form G-56 Call-In Letter | | | |
| 6. | Photographs of entrance to Federal Building | | | |
| 7. | Photographs of entrance to ICE office | | | |
| 8. | Photographs of common hallways on 7th floor of the Federal Building | | | |
| 9. | Floor plan of 7th floor of the Federal Building | | | |
| 10. | 02/25/25 medical records from Adventist White Memorial Hospital | | | |
| 11. | 02/27/25 medical records from Concentra urgent care | | | |
| 12. | 02/28/25 medical records from Concentra urgent care | | | |
| 13. | 03/07/25 medical records from Concentra urgent care | | | |
| 14. | 03/13/25 medical records from Concentra urgent care | | | |
| 15. | 03/27/25 medical records from Concentra urgent care | | | |

| Ex. No. | Description | Objections | Date ID. | Date Adm. |
|---|---|---|---|---|
| 16. | Zaitsev Customs and Border Patrol Photograph | | | |
| 17. | Video clip of Zaitsev | | | |
| 18. | Video clip of Zaitsev | | | |