BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6159/6595
    E-mail:   Rahul.Hari@usdoj.gov
              Neil.Thakor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00154-SPG |
|---|---|
| Plaintiff, | CASE-SPECIFIC GLOSSARY |
| v. | |
| MAKSIM ZAITSEV, | Trial Date: 5/20/2025<br>Location: Courtroom of the Hon. Sherilyn Peace Garnett |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Neil P. Thakor, hereby submits a case-specific glossary.[1]

---

[1] The government received defendant's input for this filing and has included terms proposed by defendant in the case-specific glossary.

```
Dated: April 30, 2025          Respectfully submitted,

                                BILAL A. ESSAYLI
                                United States Attorney

                                LINDSEY GREER DOTSON
                                Assistant United States Attorney
                                Chief, Criminal Division


                                        /s/
                                RAHUL R.A. HARI
                                NEIL P. THAKOR
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```

**GLOSSARY**

Pursuant to the Court's Criminal Standing Order, the following proper names and terms may be used at trial.

**Witness/ Party/ Counsel Names**

1. Rahul Hari
2. Neil Thakor
3. Shannon Coit
4. Ryan Shelley
5. Maksim Zaitsev
6. Kensiia (Ksuisha) Popova (if applicable)
7. Ivan Robles
8. Farris Hisle
9. Thomas Smith
10. Jose Valenzuela (if applicable)
11. Daniel Harrison
12. Steven Soohwan Shin

**Department and Entity Names**

13. Department of Homeland Security ("DHS")
14. U.S. Immigration and Customs Enforcement ("ICE")
15. Enforcement and Removal Operations ("ERO")
16. The Federal Protective Service ("FPS")

**Case-specific Terms**

17. Phalanx
18. Gustilo-Anderson
19. Tenosynovitis
20. Septic arthritis