UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MAKSIM ZAITSEV,<br><br>            Defendant. | No. CR 2:25-cr-00154-SPG<br><br>PROTECTIVE ORDER REGARDING<br>INFORMATION FROM PERSONNEL FILES |

The Court has read and considered the parties' Stipulation for a Protective Order Regarding Information from Personnel Files, filed by the government and defendant Maksim Zaitsev ("defendant") in this matter on April 29, 2025, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby FINDS AND ORDERS as follows:

    1.   The government's discovery in this case relates to defendant's alleged crime, that is, a violation of 18 U.S.C. § 111(a)(1), (b): Assault on a Federal Officer Resulting in Bodily Injury.

    2.   A protective order for the discovery is necessary to (a) allow the government to comply with its discovery obligations while protecting sensitive information from unauthorized dissemination,

and (b) provide the defense with sufficient information to adequately represent defendant.

    3.    Accordingly, the discovery that the government will provide to defense counsel in the above-captioned case will be subject to this Protective Order, as follows:

        a.    As used herein, Protected Documents or Information includes any information obtained from law enforcement personnel records, including, but not limited to, complaints of official misconduct. This definition applies retroactively to any personnel records already produced in the course of this case.

        b.    The government is authorized to provide defense counsel with Protected Information marked with the following legend: "PROTECTED INFORMATION."

        c.    Use of the protected documents and the information contain herein is limited to this criminal matter and, in particular, said protected documents and the product of the same shall not be utilized by the prosecuting agency, the defendant or prosecution or defense of any other criminal or civil proceeding.

        d.    Under no circumstances shall the protected documents, or the information contained therein, be retained, compiled, stored, used as a data base, or disseminated, in any form, except for the purposes of this criminal proceeding in accordance with this protective order or by further order of the court.

        e.    Use of the protected materials and the information contained therein is limited to authorized persons working for the prosecution, the defense and the court on this specific criminal matter.

    f. If the protected material is included in any court documents, those documents shall be submitted under seal.

    g. In the event that any confidential police personnel records are used in any court proceeding in this case, counsel shall take all reasonable steps to maintain its confidentiality during such use.

  IT IS SO ORDERED.

May 1, 2025
DATE

HONORABLE SHERILYN P. GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
RAHUL R.A. HARI
Assistant United States Attorney

3