CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
SHANNON COIT (Bar No. 298694)
E-Mail: Shannon_Coit@fd.og
RYAN SHELLEY (Bar. No. 337528)
E-Mail: Ryan_Shelley@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

Attorneys for Defendant
MAKSIM ZAITSEV

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MAKSIM ZAITSEV,<br><br>              Defendant. | Case No. CR 2:25-cr-00154-SPG<br><br>**MAKSIM ZAITSEV'S *EX PARTE* APPLICATION TO FILE UNDER SEAL OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* NO. 5; DECLARATION OF COUNSEL; EXHIBITS A-D**<br><br>**Trial Date:** May 20, 2025<br>**Hearing Date:** May 7, 2025 at 9:30 a.m. |

Maxim Zaitsev, by and through his counsel of record, hereby applies *ex parte* to file under seal the Opposition to the Government's Motion *in Limine* No. 5; Declaration of Counsel; and Exhibits A to D.

//

//

1

This application is based upon the attached declaration of counsel, the previously entered into Protective Order (ECF No. 76), the files and records in this case, and such further evidence and argument as the Court may permit.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 6, 2025

By  /s/ Shannon Coit
Shannon Coit
Ryan Shelley
Deputy Federal Public Defenders
Attorney for Maxsim Zaitsev

# MEMORANDUM OF POINTS AND AUTHORITIES

This Court has plenary supervisory power to seal documents under appropriate circumstances. *See United States v. Msann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979); C.D. Cal. Local Rules, 79-5 (party may request court to seal filed document). Although there is a strong presumption of public access to court records, this presumption may be overcome where there is a likelihood of improper use of the material, including use for scandalous or libelous purposes, or where public access would infringe on privacy or fair trial rights. *Valley Broadcasting Co. v. United States Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986); *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). To determine whether the presumption of access is overcome, courts should balance the likelihood of inappropriate use with the public's interest in understanding the judicial process. *Valley Broadcasting*, 798 F.2d at 1294. A court should consider all relevant factors, and "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad*, 49 F.3d at 1434.

The concurrently filed Opposition to the Government's Motion *in Limine* No. 5; Declaration of Counsel; and Exhibits A to D include, cite to, and/or rely heavily on documents that the government produced to defense counsel pursuant to the Court's previously filed Protective Order (Dkt. 76.). Pursuant to the Court's Order, a filing of such materials must be made under seal. (*Id.*) The attached declaration is submitted in support of this motion.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 6, 2025

By  */s/ Shannon Coit*
Shannon Coit
Ryan Shelley
Deputy Federal Public Defenders
Attorney for Maksim Zaitsev

3

# DECLARATION OF COUNSEL

I, Shannon Coit, declare:

1. I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, for Maksim Zaitsev. I submit this declaration in support of this *ex parte* application.

2. On May 1 2025, the Court entered a Protective Order Regarding Information From Personnel Files. (ECF No. 76.)

3. The concurrently filed Opposition to the Government's Motion *In Limine* No. 5; Declaration of Counsel; and Exhibits A to D include, cite to, and/or rely heavily on documents that the government produced to defense counsel pursuant to the Court's previously filed Protective Order.

4. Pursuant to the Court's Order, a filing of such materials must be made under seal. (*Id.*) Thus, the defense is requesting these documents be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2025 at Los Angeles, California.

*/s/ Shannon Coit*
Shannon Coit