RYAN SHELLEY (Bar. No. 337528)
Federal Public Defender's Office
321 E. 2nd St., Los Angeles, CA 90012
ryan_shelley@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MAKSIM ZAITSEV,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00154-SPG<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

EX PARTE APPLICATION TO FILE UNDER SEAL (UNDER SEAL)
PROPOSED ORDER TO FILE UNDER SEAL (UNDER SEAL)
UNDER SEAL DOCUMENT

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

May 15, 2025
Date

Ryan Shelley, DFPD
Attorney Name

Maksim Zaitsev, Defendant
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        NOTICE OF MANUAL FILING OR LODGING