# EXHIBIT A



USAO_000203

EXHIBIT 101- Page 1 of 7



EXHIBIT 101- Page 2 of 7

USAO_000204





USAO_000206

EXHIBIT 101- Page 4 of 7





USAO_000208

EXHIBIT 101- Page 6 of 7

<600 id="1" />

Case 2:25-cr-00154-SPG   Document 91-2   Filed 05/17/25   Page 8 of 8   Page ID #:712



EXHIBIT 101- Page 7 of 7