# EXHIBIT C



**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL PROTECTIVE SERVICE**
**ACTIVITY SUMMARY REPORT**

| 1. ACTIVITY TITLE<br>AUSA Follow up Interview - HISLE | 2. TIME/DATE<br>05/14/2025 12:00 | 3. LOCATION<br>312 Spring St, Los Angeles, CA  90012 | 4. ACTIVITY NUMBER<br>A25090006119 |
|---|---|---|---|
| | | | 5. LEIMS CASE NUMBER<br>F25090071185 |

**6. ACTIVITY NARRATIVE**

On May 14, 2025, AUSA Raul Hari, AUSA Neil Thakor, and SA Smith conducted a follow-up interview with DO HISLE. HISLE provided the following information:

HISLE provided additional details explaining his use of force report from the incident which occurred on February 25, 2025, involving ZAITSEV. HISLE explained during the arrest of ZAITSEV he used force on ZAITSEV prior to the biting of DO ROBLES's finger and explained the force used. HISLE stated he used force on ZAITSEV while placing him in handcuffs because HISLE had to pull ZAITSEV's arms behind him in order to place the handcuffs on him. HISLE stated he and ROBLES used force when they had to hold ZAITSEV up to prevent him from falling to the ground when ZAITSEV dropped his weight to prevent walking towards the freight elevators. HISLE stated the third use of force prior to ZAITSEV biting DO ROBLES was utilizing ICE ERO trained control holds of ZAITSEV.

HISLE was asked to explain a previous complaint and disciplinary action from 2010. HISLE stated he was suspended for three days during the investigation however the disciplinary action was later rescinded and HISLE received back pay for the suspension.

HISLE stated on May 14, 2025, SA Smith was returning ZAITSEV from his court appearance to ICE ERO located at 300 N Los Angeles St. HISLE was the receiving Officer and was wearing a face covering when he came to the door to receive ZAITSEV. HISLE stated while processing ZAITSEV back into ERO custody, he asked ZAITSEV if he remembered him? HISLE stated ZAITSEV looked back and did not recognize HISLE. HISLE stated he then took his face covering off and again asked ZAITSEV, "Now do you remember me?" HISLE stated ZAITSEV then acknowledged he knew HISLE. HISLE stated no other interaction or conversation was had.

| 7. CONDUCTED BY<br>*Thomas Smith*<br>05/15/2025 15:43 | 8. APPROVED BY<br>*Ryan Joseph M Angeles*<br>05/15/2025 17:00 |
|---|---|

**THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF FPS. IT IS THE PROPERTY OF FPS AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY**

FPS ACTIVITY SUMMARY A25090006119     PREVIOUS EDITION MAY BE USED.     PAGE 1 OF 1 PAGES
Generated by: Ryan Joseph M Angeles on 05/15/2025 17:00

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**