# EXHIBIT D

# (Video Filed Manually)