FILED

2025 MAY 19 PM 2:45

ORIGINAL

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
SHANNON COIT (Bar No. 298694)
E-Mail: Shannon_Coit@fd.org
RYAN SHELLEY (Bar. No. 337528)
E-Mail: Ryan_Shelley@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

Attorneys for Defendant
MAKSIM ZAITSEV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00154-SPG |
| Plaintiff, | **EXHIBITS D AND G IN SUPPORT OF MOTION TO DISMISS INDICTMENT FOR GOVERNMENT MISCONDUCT (DKT. 91)** |
| v. | |
| MAKSIM ZAITSEV, | |
| Defendant. | |

Maksim Zaitsev, through his counsel of record, Deputy Federal Public Defenders Shannon Coit and Ryan Shelley, hereby submits Exhibit D and G, which are surveillance videos, in support of his Motion to Dismiss the Indictment for Government Misconduct (Dkt. 91) for the Court's consideration in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 19, 2025         By  /s/ Shannon Coit
                                Shannon Coit
                                Ryan Shelley
                                Deputy Federal Public Defenders
                                Attorneys for Maksim Zaitsev

## PROOF OF SERVICE

I, Amadeus Duran, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **EXHIBITS D AND G IN SUPPORT OF MOTION TO DISMISS INDICTMENT FOR GOVERNMENT MISCONDUCT (DKT. 91)** on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

**Rahul R.A. Hari**
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
E-mail: rahul.hari@usdoj.gov

**Neil Thakor**
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
E-mail: neil.thakor@usdoj.gov

This proof of service is executed at Los Angeles, California, on May 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Amadeus Duran
Amadeus Duran

